# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. O8MJ 1588 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Paul Ramirez - Medina | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

*Heidi Gabriela Almaraz -Ramirez*

DATED: 6/5/08

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____  Y. MADUENO

Deputy Clerk